UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANA HAVEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No. 05-176-B-W |
| | ) |
| PATRICIA WORTH, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on January 25, 2006 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on February 1, 2006. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

   1.   It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2.  It is further <u>ORDERED</u> that the Defendant's Motion to Dismiss (Docket No. 4) is <u>GRANTED</u>.

>                           /s/ John A. Woodcock, Jr.
>                           JOHN A. WOODCOCK, JR.
>                           UNITED STATES DISTRICT JUDGE

Dated this 22nd day of February, 2006